IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON MICHAEL GRAY | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv414 |
| GARY JOHNSON | § | |

FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this action is **DISMISSED** as improvidently filed.

All motions by any party not previously ruled on are hereby **DENIED.**

**SIGNED** this the **29** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge